UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIANYI CHANG,<br><br>Plaintiff(s),<br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Defendant(s). | CASE NO. C26-2321-KKE<br><br>**STIPULATED MOTION TO DISMISS AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel Defendants to adjudicate their visa application. The visa has been issued, and this case is now moot.

Respectfully submitted,

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 63 words, in compliance with the Local Civil Rules.*

*(see filed PDF for signature)*
TIANYI CHANG, *Pro Se* Plaintiff
Zhongyi Puyuewan Community
Qunli Fifth Ave Bldg 1 Unit 2 Room 1002
Daoli Dist, Heilongjiang Prov
Harbin City, 150070, China

*Pro Se* Plaintiff

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

Dated this 15th day of September, 2026.

Kymberly K. Evanson
United States District Judge